# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO 07-311 -02 | MAGIS NO |
| V | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| STEPHEN RICHARDSON | Stephen Richardson | |
| FILED NOV 1 3 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | | |
| DOB:           PDID: | | |
| WARRANT ISSUED ON THE BASIS OF | DISTRICT OF ARREST | |
| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY;

INTERSTATE TRANSPORTATION OF STOLEN GOODS;

AIDING AND ABETTING;

FIRST DEGREE THEFT;

AIDING AND ABETTING.

IN VIOLATION OF:  UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371; 18 U.S.C. 2314; 18 U.S.C. § 2; 22 DC Code § 3211, 3212(a); and 22 DC Code § 1805

| BAIL FIXED BY COURT. | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) ALAN KAY  U.S. MAGISTRATE JUDGE | DATE ISSUED NOV 09 2007 |
| CLERK OF COURT | BY DEPUTY CLERK. | DATE 11/09/07 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/9/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 11/13/07 | Dnyirydyn Dusn | |
| HIDTA CASE  Yes  No | | OCDETF CASE.  Yes  No |

1410818