# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO 07-311 | MAGIS NO |
| V<br>STEPHEN RICHARDSON<br><br>**FILED**<br>NOV 19 2007<br>Clerk, U.S. District and Bankruptcy Courts<br><br>DOB:     PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WARRANT ISSUED ON THE BASIS OF | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**CONSPIRACY;**

**INTERSTATE TRANSPORTATION OF STOLEN GOODS;**

**AIDING AND ABETTING;**

**FIRST DEGREE THEFT;**

**AIDING AND ABETTING.**

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk

---

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371; 18 U.S.C. 2314; 18 U.S.C. § 2; 22 DC Code § 3211, 3212(a); and 22 DC Code § 1805

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>ALAN KAY<br>U.S. MAGISTRATE JUDGE | DATE ISSUED<br>NOV 09 2007 |
| CLERK OF COURT: | BY DEPUTY CLERK | DATE<br>11/09/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/9/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Michael French<br>FBI SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 11/9/07 | | |
| HIDTA CASE:  Yes  (No) | | OCDETF CASE  Yes  (No) |

8