FILED
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :  Criminal No. 07-311
                                                           :
          v.                                        :
                                               :  Plea Proceedings: January 18, 2008
                                               :
STEPHEN RICHARDSON,           :
                                             :
              Defendant.           :

## STATEMENT OF OFFENSE

Had this case proceeded to trial, the United States would have established the following facts beyond a reasonable doubt:

Wiley, Rein & Fielding (WRF) is a law firm located at 1750 and 1776 K Street, NW, Washington, DC 20006. Since 1988, Stephen Richardson, worked in the firm's IT Department as an IT Specialist. Since 1998, Kenneth Wicks was employed by WRF and worked in the mail room as the Office Services Coordinator.

Prior to April 2004, the law firm leased Dell laptop computers, model number C600, and other computer equipment for its employees from Banker's Direct, an equipment leasing company. Each laptop has a "service tag number," which is a label cemented onto the bottom of the computer by the manufacturer bearing a unique identifying number.

From April through November 2004, WRF conducted a "roll out" of new computers, which involved collecting the Dell Latitude model C600 units and replacing them with Dell Latitude model X300 units. The terms of the lease agreements with Banker's Direct required WRF to return all leased items to the leaseholder. Failure to return any unit covered by the lease would result in a significant liability to the law firm.

eBay is an on-line, Internet auction forum where sellers can auction merchandise and buyers bid for the merchandise. In February 2005, Paul Kemp, a law student in Baltimore, Maryland, purchased a Dell Latitude laptop computer for $1,350.00 advertised as "new" on eBay from a seller using the seller ID "sandradd." Investigation revealed that the "sandradd" seller ID is one of many eBay IDs used by Kenneth Wicks. After receiving the computer by United Parcel Service (UPS), Kemp repeatedly contacted Wicks by e-mail to have the warranty transferred into his name. Wicks, however, did not transfer the warranty. As a result, Kemp contacted Dell Computers directly. Dell, however, informed Kemp that the warranty could not be transferred because it belonged to WRF. Kemp immediately contacted WRF's District of Columbia office administrator.

Thereafter, a WRF investigator retrieved the computer, bearing service tag number RL1Q41, and the shipping materials from Kemp. The packaging contained a WRF UPS label. WRF mail records show that a package was shipped to Kemp at a street address in Baltimore, UPS Next Day Air, tracking number 1Z27387301402694 78, client matter 700000016, for $13.65,. from WRF on February 3, 2005. Every package shipped from WRF bears a client matter number. The purpose of the number is so that the firm can bill its clients or properly attribute the shipping to an expense category. The client matter number referenced for the Kemp package was not in fact a client number. Rather, it was a miscellaneous account number. Shipping of this package was not an authorized law firm transaction.

At all times relevant herein, the WRF mail room is located in the basement along with the IT Department. Inside the IT Department, WRF maintains a secured storage room that is only accessible by swiping an authorized card key through a Kastle Card Key reader. Stephen Richardson was issued such a card key. The storage room contains computer equipment, including equipment

collected from employees at the end of a lease term, and new equipment to be distributed to employees.

On February 18, 2005, the start of a holiday weekend, and following the retrieval of the Dell computer from Kemp, WRF conducted an inventory of the storage room. On Tuesday, February 22, 2005, WRF re-inventoried the storage room and found that two Dell laptop computers, with service tag numbers BX2XP41 and GRL1Q41, missing. WRF reviewed the storage room's access logs for that weekend and found that Richardson had entered the secured storage room seven times between the two inventories.

On February 28, 2005, WRF conducted a another inventory of the storage room. When WRF re-inventoried the room on March 1, 2005, they found one additional laptop, with service tag number HGPTQ61, missing. The access logs showed that Richardson had entered the storage room on March 1, 2005, at 5:48 a.m. and three more times that morning.

In March 2005, a WRF investigator conducted a controlled purchase of a Dell Latitude laptop computer on eBay from Wicks who used seller id "sandradd." The investigator paid $875.00 through PayPal to Kenneth Wicks, at email address kennyyww@yahoo.com. Ebay notified the investigator that the seller shipped the computer by UPS with tracking number 1Z273830142626622. WRF mail room records show that on March 17, 2005, a package shipped to the investigator's address with UPS tracking number 1Z273830142626622. The investigator received the computer in packaging bearing a WRF UPS label. The computer bore service tag number GRL1Q41, which corresponds to the service tag number of the computer found to be missing after the first WRF inventory and re-inventory of the IT Department storage room.

On March 31, 2005, Wicks was arrested by the Metropolitan Police Department (MPD) and charged them with Theft One. Richardson was arrested by MPD on 19, 2005, and also charged with Theft One. WRF fired both Wicks and Richardson. MPD took a videotaped statement from Wicks after he signed a waiver of Constitutional Rights. During the interview, Wicks claimed that Richardson had a deal with Dell to obtain laptops and that, in essence, he sold the laptops as a favor to Richardson. Wicks also stated that when he sold a laptop, he gave Richardson $200.00, and kept the balance. Wicks claimed, however, that he did not make any money on the sales of the laptops. Wicks further stated that he only sold three or four computers on eBay for Richardson, and that he shipped those computers from the Post Office or a UPS drop box. In fact, Richardson and Wicks had conspired together to steal and sell WRF Dell Latitude laptop computers and to share in the proceeds from the sales. Richardson did not have an arrangement to legitimately purchase such computers from Dell nor did he ever make such a claim to Wicks. Both Wicks and Richardson were well aware that they were stealing and selling Dell Latitude laptop computers, the property of WRF, without the law firm's authorization or permission.

Between on or about April 9, 2004 and March 8, 2005, Kenneth L. Wicks listed approximately 144 auctions for computers, monitors, and computer equipment through eBay and completed approximately 156 transactions for items paid through PayPal. Proceeds from the sales of the computers, monitors, and computer-related equipment totaled approximately $74,420.00. All of the property sold in fact belonged to WRF. Through this scheme, stolen Dell latitude laptop computers, computer equipment, and peripherals, the property of Wiley Rein & Fielding, of a value of $5,000.00 or more, were shipped in interstate commerce from the District of Columbia to the states of California, Texas, Florida, and Illinois.

PayPal is a money transfer company owned by eBay that facilitates buyer payment of completed auctions. As a seller on eBay, and a member of PayPal, Kenneth L. Wicks provided information including his name and Maryland home address contact information for Wiley Rein & Fielding at 1750 K Street NW, Washington, DC 20006.

EBay account records show that Wicks used a number of seller id's, including:

A. "dispatcher 45:" kwicks@comcast.net, Kenneth Wicks, 1750 K Street NW, Washington, DC 20006, [xxx-xxx]-4151, [xxx-xxx]-4158.

B. "1107pstreet:" kennyyww@yahoo.com, 11102 Tenbury Court, Upper Marlboro, MD 20772, [xxx-xxx]-4151, [xxx-xxx]-4158, [xxx-xxx]-7207.

C. "kennyyww4uyh:" kennyyww@aol.com, 1641 W Street SE, Washington, DC 20020, [xxx-xxx]-9652.

D. "sandradd:" swicks@comcast.net, 11102 Tenbury Court, Upper Marlboro, MD 20772, [xxx-xxx]-4158.

According to eBay and PayPal, between April 11, 2004, and April 8, 2005, Kenneth L. Wicks offered 144 auctions for computers, monitors, and computer equipment for sale and completed 156 transactions totaling approximately $74,420.00. Mr. Wicks, through the sellers id's referenced above, sold a total of 123 laptops. It also appears that Kenneth L. Wicks either sold, or included in the purchase price, laptop accessories and peripheral devices.

From February 26, 2004, through March 15, 2005, Kenneth L. Wicks withdrew a total of $63,850.45 from his PayPal account at various ATM locations. There was no corresponding bank account. Wicks typically withdrew $400.00 (a $2.00 service fee applied) each day. Sometimes he withdrew the full amount in one transaction and on other occasions, he completed two transactions for $201.50 each. For example, from January 14, 2005, through February 4, 2005, Kenneth L. Wicks used an ATM every day, sometimes twice a day, to withdraw over $400.00 per day from his PayPal

account. Kenneth L. Wicks shared a portion of the proceeds from the sales of the stolen computers with Stephen Richardson.

The following facts are some of the sales transactions involving the stolen computers and computer equipment:

In December 2004, Scott Hyberg purchased a View Sonic Flat Screen from Wicks on eBay. When the monitor arrived damaged, Mr. Hyberg returned it to Mr. Wicks because Mr. Wicks informed Mr. Hyberg that Wicks' "partner" could obtain another. The second flat screen also arrived damaged and Mr. Hyberg returned it to Mr. Wicks for a full refund.

On January 23, 2005, Peter Hubber, a Special Agent with the U.S. Department of State, purchased a Dell Latitude X300 laptop computer for $1,350.00 from Kenneth L. Wicks on eBay. Mr. Wicks, using seller id "sandradd," advertised the computer as new. Agent Hubber paid Mr. Wicks through PayPal. He met with Mr. Wicks outside of the WRF law firm at K and 18th Street, N.W., to pick up the computer. At that time, Agent Hubber noticed that the laptop had the wrong processor and a cracked bezel. Mr. Wicks gave Agent Hubber two laptops so that Hubber could switch the hard drives. Agent Hubber asked Mr. Wicks why the lawyers were selling the computers and Mr. Wicks replied that he had "oversight" and that the lawyers did not like the 12 inch screens. Mr. Wicks also told Agent Hubber that he had more computers for sale.

In July 2004, Steve Sanford purchased a Dell Latitude C600 laptop on eBay for $480.00. On July 13, 2004, Mr. Sanford paid for the laptop through PayPal to Kenneth Wicks, seller id "dispatcher45," email address kennyyww@yahoo.com.

Mr. Sanford purchased another Dell Latitude C600 laptop from Mr. Wicks on eBay for $445.00 in November 2004. On November 20, 2004, Sanford paid for the laptop through PayPal to Kenneth Wicks, seller id "sandradd," email address kennyyww@yahoo.com. On December 8, 2004, Wicks mailed a package to Sanford at a street address in Dyersburg, TN, by UPS 2nd Day Air from the offices of WRF.

Mr. Sanford provided the government with service tag number 4LLZC01 for the computer purchased in July. The computer had the name "Tom Dombrowsky" written on the bottom. Mr. Sanford provided service tag number 4520D01 for the computer purchased in November. After receiving the second computer during December 2004, Mr. Sanford e-mailed Mr. Wicks about the battery not working and Wicks sent Sanford a new battery. The WRF mail records show that Mr. Wicks mailed a package to Mr. Sanford on January 1, 2005. The laptop computers with service tag numbers 4520D01 and 4LLZC01 were leased from Dell Computer Corporation to WRF. Tom Dombrowsky is an attorney with WRF.

In August 2004, Cheryl Murphy purchased a Dell Latitude C600 laptop on eBay for $480.00. On August 17, 2004, Ms. Murphy paid for the laptop through PayPal to Kenneth Wicks. Upon receiving payment, Mr. Wicks e-mailed Ms. Murphy from email address kennyyww@yahoo.com thanking her for her purchase and stating that he would e-mail the UPS tracking number to her once he shipped the computer. On August 19, 2004, Mr. Wicks mailed a package to MS. Murphy at a street address in Dunsmir, CA, by UPS 2nd Day Air from the offices of WRF. After receiving the computer, MS. Murphy e-mailed Wicks asking whether the computer had a CD/RW drive. Mr. Wicks said that it did and that it he had loaded the necessary software. Ms. Murphy also asked about a CD writer program, and Mr. Wicks replied that he would send the necessary software.

Ms. Murphy provided the government with an image of the bottom of the computer, bearing service tag number 2ZYZC01, and the name "Hugh Latimer." The laptop computer with service tag number 2ZYZC01 was leased from Dell Computer Corporation to WRF. Hugh Latimer is a partner of WRF.

In October 2004, Michael Williams purchased a Dell Latitude C600 laptop on eBay for $450.00. On October 22, 2004, Mr. Williams paid for the laptop through PayPal to Kenneth Wicks. Upon receiving payment, Mr. Wicks e-mailed Mr. Williams thanking him for his purchase and stated that he would e-mail the UPS tracking number once he shipped the computer. On October 27, 2004, Mr. Wicks mailed a package to Mr. Williams at a street address in Abington, PA, UPS 2nd Day Air from the offices of WRF. Mr. Wicks e-mailed Mr. Williams on October 27, 2004, giving him the UPS tracking number - 1Z2738730241377482.

Mr. Williams provided the government with service tag number 3LXJM01. The laptop computer with service tag number 3LXJM01 was leased from Dell Computer Corporation to WRF.

In September 2004, Jeffrey Thompson purchased a Dell Latitude C600 laptop on eBay for $475.00. On September 24, 2004, Mr. Thompson paid for the laptop through PayPal to Kenneth Wicks, seller id "dispatcher45," email address kennyyww@yahoo.com. On October 1, 2004, Mr. Wicks mailed a package to Thompson at a street address in Byrson, MN, from the offices of WRF. The computer arrived damaged and Wicks agreed to replace it. On October 19, 2004, Mr. Wicks mailed a second package to Mr. Thompson's place of employment, Peoples Cooperative Services, at a street address in Rochester, MN, from the offices of WRF.

Mr. Thompson provided the government with service tag number 4QW0V01. The investigation reveals that the laptop computer with service tag number 4QW0V01 was leased from Dell Computer Corporation to WRF.

In October 2004, Richard Ballinger bought a Dell Latitude C600 laptop on eBay for $445.00. On October 27, 2004, Mr. Ballinger paid for the laptop through PayPal to Kenneth Wicks, seller id "dispatcher45," email address kennyyww@yahoo.com. On October 29, 2004, Mr. Wicks mailed a package to Mr. Ballinger at a street address in Wayne, MI, UPS 2nd Day Air from the offices of WRF.

The computer arrived with a damaged screen, which looked as if someone had heated the display to remove a sticker. Mr. Wicks told Mr. Ballinger to return the computer to: Wiley Rein & Fielding, attn: Kenneth Wicks, 1750 K Street NW, Washington, DC 20006, and then sent Mr. Ballinger another computer, which did not have a service tag number. The service tag number had also been removed from the BIOS; the computer's internal operating system.

In November 2004, Jeff Bose purchased a Dell Latitude C600 laptop on eBay for $445.00. Mr. Bose paid through PayPal to Kenneth Wicks. On November 1, 2004, Mr. Wicks mailed a package to Bose at a street address in Muncie, IN, UPS 3 Day Select from the offices of WRF.

Bose provided the government with service tag number BKXJM0. The laptop computer with service tag number BKXJM0 was leased from Dell Computer Corporation to WRF.

In November 2004, Robert Helbing purchased a Dell Latitude C600 laptop on eBay for $445.00. The transaction details identified the seller as K Wicks, Upper Marlboro, MD, email address kennyyww@yahoo.com, seller id "dispatcher 45." When Mr. Helbing purchased the computer he e-mailed Mr. Wicks asking when the computer would ship and if it would be loaded

with Windows XP. Mr. Wicks replied by e-mail that the computer would ship on Friday and that it would have XP loaded on it. On November 29, 2004, Mr. Wicks mailed a package to Mr. Helbing at a street address in Plano, TX, from the offices of WRF.

The computer arrived with a virus and Mr. Wicks told Mr. Helbing to return the computer to: Wiley Rein & Fielding, attn: Kenneth Wicks, 1750 K Street NW, lower level, Washington, DC 20002. Helbing did not return the computer, but rather fixed the problem himself. Mr. Helbing provided the government with service tag number 1LLZC01. The laptop with service tag number 1LLZC01 was leased from Dell Computer Corporation to WRF.

In January 2005, George LaCross purchased a Dell laptop for $450.00, for an employee on eBay from Kenneth Wicks, seller id "dispatcher45." On January 24, 2005, Mr. Wicks mailed a package to LaCross at a street address in Cadiz, OH, from the offices of WRF. Mr. LaCross purchased the computer for one of his employees. The computer arrived with a broken bottom piece, which Mr. La Cross' employee replaced. The employee, however, kept the broken piece that contained service tag number 5R20D01. The laptop computer with this service tag number was leased from Dell Computer Corporation to WRF.

In December 2004, Scott Hyberg purchased a View Sonic Flat Screen Monitor on eBay for $445.00. Mr. Hyberg paid Kenneth Wicks through PayPal and on January 1, 2005. Mr. Wicks mailed a package to Hyberg at a street address in Fresno, CA, from the offices of WRF. The flat screen arrived damaged and Mr. Hyberg returned it to Mr. Wicks. Mr. Wicks then e-mailed Mr. Hyberg that Wicks and his partner could get another one. On February 7, 2005, Mr. Wicks sent another package to Mr. Hyberg at the same address. This screen also arrived damaged and Mr.

Hyberg returned it to Wicks for a full refund because Wicks did not have any more flat screens available.

In January 2005, Bryce King purchased two Dell Latitude X300 laptops on eBay for $1,350.00 each. On January 4 and 13, 2005, King paid for the computers through PayPal to Kenneth Wicks, seller id "sandradd," email address kwicks@comcast.net. On January 10 and 24, 2005, Mr. Wicks mailed packages to Mr. King at Fuddruckers, at a street address in Austin, TX, UPS Next Day Air from the offices of WRF. When Mr. King received the packages he noticed the WRF mailing labels, which is one of the law firm used by Fuddruckers. King notified his superiors regarding the purchase of two computers on eBay from WRF.

Mr. King provided the government with the service tag numbers from the computers that he had purchased - J6J4961 and H2H4961. The laptop computers with service tag numbers J6J4961 and H2H4961 were leased from Dell Computer Corporation to WRF.

Mr. Wicks' eBay auctions promised free shipping. When Mr. Wicks shipped laptops and flat screens that he sold on eBay, he sent them by UPS and billed the postage to WRF at a total cost of $900.05. As noted above, Mr. Wicks attempted to disguise his use of WRF's UPS account by using a miscellaneous account number.

Mr. Wicks and Mr. Richardson e-mailed each other through WRF's internal network regarding selling laptops on eBay. For example:

A.   On or about April 9, 2004 at 12:38 p.m., Kenneth Wicks sent an e-mail to Stephen Richardson with the subject of "Re: Numbers." In the body of the e-mail, Kenneth Wicks states, "My cell is [xxx-xxx]-4158, home [xxx-xxx]-3606. CD/RW, docking, power cords, all drives and anything else I'll need for both (2 each)."

11

B. On or about April 9, 2004, Stephen Richardson responded via e-mail to Kenneth l. Wicks's e-mail referenced in Q, above, stating, "got it."

C. On or about April 22, 2004 at 12:27 p.m., Kenneth l. Wicks sent an e-mail to Stephen Richardson with a subject line stating, "What's up with what we talked about?" In the body of the e-mail Kenneth l. Wicks states, "I have a request for 3-4 if you can get it!"

D. On or about April 22, 2004, Stephen Richardson responded via e-mail to Kenneth l. Wicks's e-mail referenced in S, above, stating, "I'm working on it..."

E. On or about June 1, 2004, at 1:55 p.m., Kenneth l. Wicks sent an e-mail to Stephen Richardson with a subject line stating, "Re: 3 more boxes for 300 today?" In the body of the e-mail Kenneth l. Wicks states, "Let me know ASAP!"

F. On or about June 1, 2004, Stephen Richardson responded via e-mail to Kenneth l. Wicks's e-mail referenced in U, above, stating, "yeah."

G. On or about June 1, 2004, Kenneth l. Wicks responded via e-mail to Stephen Richardson e-mail referenced in V, above, stating, "kewl...c ya soon...I'm headed to bank."

H. On or about June 6, 2004, Kenneth l. Wicks e-mailed himself with a subject line stating, "He gave me 720. That's what I need. You do the math!" In the body of the e-mail, Kenneth l. Wicks states, "P.S. there might be a problem with one from the pass [sic]. Not working. Keeps cutting off. He's going to let me know later in the week. See ya in A.M."

I. On or about June 25, 2004, Kenneth l. Wicks sent an e-mail to STEPHEN RICHARDSON with a subject stating, "Another problem with a system." In the body of the e-mail Kenneth l. Wicks states, "Dude sent me one back. Said the system has a high pitch whine. Ask if can replace or refund? Just got it back today. It's over here if you want to check it. Also, I'm

holding 240 he sent with it for another. Want it? You can give system when you get it."

J. On or about July 1, 2004 at 2:26 PM, Kenneth l. Wicks sent an e-mail to Stephen Richardson with a subject stating, "You owe me two. If you want to make it 3, let me know so I can go to the bank."

K. On or about July 1, 2004, Stephen Richardson replied via e-mail to Kenneth l. Wicks's e-mail referenced in Z, above, stating, , "yeah that's cool...."

L. On or about August 2, 2004, Stephen Richardson sent an e-mail to Kenneth l. Wicks with a subject line stating, "Stuff." In the body of the e-mail Stephen Richardson states, "Did you see the two I left in the draw...you'll get the third tomorrow...sorry for the delay!"

M. On or about December 8, 2004, Kenneth l. Wicks sent an e-mail to Stephen Richardson with a subject stating, "Re: read below." In the body of the e-mail Kenneth L. Wicks states, "He said he can do 8, if more than one, but 7 is tops for only 1...Let me know."

N. On or about January 25, 2005, Stephen Richardson sent an e-mail to Kenneth l. Wicks in the body of the which was a link to a page of Dell's website:

http://www.1.us.dell.com/content/products/productdetails.aspx/latit d600?c=us&cs=555&l=en&s=biz

From on or about April 9, 2004, continuing thereafter until on or about March 8, 2005, within the District of Columbia and elsewhere, Stephen Richardson and Kenneth L. Wicks did unlawfully, knowingly, and willfully, conspire and agree together and with each other to commit an offense against the United States of America, that is: Interstate Transportation of Stolen Goods, in violation of Title 18, United States Code, Section 2314, through Interstate transportation from the District of Columbia to numerous states including the states of California, Texas, Florida, and Illinois of stolen laptop computers, stolen computer monitors, and other stolen computer equipment

the property of Wiley, Rein & Fielding, in an aggregate value exceeding $5,000.00, of said goods shipped to each listed jurisdiction.

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar No. 49861

By: _____
SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney
D.C. Bar# 415219
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6956

I declare under penalty of perjury that the foregoing is a true and accurate statement of facts and accurately sets forth a portion of my conduct in connection with this case.

_____
Stephen Richardson,
Defendant