UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No.  07-311 (RJL) |
| : | |
| STEPHEN RICHARDSON, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONTINUE STATUS HEARING DATE

The parties in this case respectfully request that the Court vacate the status hearing date in this case, which is currently scheduled for May 9, 2008 at 11:00 a.m.  Assistant United States Attorney Sherri L. Schornstein has authorized undersigned counsel to file this as a joint request.

The basis for this request revolves around undersigned counsel's trial schedule. Undersigned counsel will be in trial in <u>United States v. Khan Mohammed</u>, Criminal Number 06-357 before the Honorable Colleen Kollar-Kotelly beginning on May 2, 2008.  This case is one of the first narco-terrorism cases brought in U.S. District Court for the District of Columbia.  It is expected that jury selection will take place on Friday, May 2, 2008 and trial will commence on Monday, May 5, 2008.  Further, the parties believe that the trial will last at least 5 business days.

In addition to undersigned counsel's trial schedule, it is contemplated that Mr. Richardson's co-defendant, Kenneth Wicks, will enter a guilty plea the first week of April 2008. Mr. Richardson previously pled guilty before this Court on January 18, 2008.  It is the intention of both parties that the sentencing of Mr. Richardson occur after the sentencing of Mr. Wicks. Therefore, the parties request that Mr. Richardson's status hearing be continued for at least sixty days in order to determine the scheduling of Mr. Wicks's future court appearances.

WHEREFORE, counsel for both parties respectfully request that this motion be granted and the status hearing date be re-scheduled for sometime after July 14, 2008.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    /s/
    _____
    Dani Jahn
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W.
    Suite 550
    Washington, D.C.  20004
    (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 07-311 (RJL)** |
| : | |
| **STEPHEN RICHARDSON,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Joint Motion to Continue the Status Hearing Date, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the status hearing in this matter is rescheduled for _____ at ____:____ a.m./p.m.

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE