UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-311-02 (RJL) |
| | : | |
| v. | : | Status Hearing: 7/21/08 |
| | : | |
| **STEPHEN RICHARDSON** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO CONTINUE**

The Unites States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the date scheduled by the court for a Status Hearing in this case be continued. In support of this motion the Government states as follows:

The Government and the Defense for the co-defendant, Kenneth Wicks, have engaged in successful further plea negotiations. A continuance of this matter is requested so that the co-defendant's case can be scheduled for disposition and Defendant Richardson can be credited for the full value of his cooperation in connection with his sentencing. The Defense joins in this motion. The parties request that this case be scheduled for a Status Conference on or after October 1, 2008.

**CONCLUSION**

WHEREFORE, the Government respectfully requests that the Court grant its Motion to Continue and schedule this case for disposition on or after October 1, 2008.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY
                    D.C. Bar # 498610

By:        /s/
                    SHERRI L. SCHORNSTEIN
                    Assistant U.S. Attorney
                    Fraud and Public Corruption Section
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-6956
                    D.C. Bar # 415219

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Government's Motion to Continue has been served via ecf on counsel for the Defendant, Danielle C. Jahn, Assistant Federal Public Defender, Federal Public Defender Service, 625 Indiana Ave., NW, Washington, D.C. 20004

                    /s/
                    SHERRI L. SCHORNSTEIN
                    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-311-02 (RJL) |
| | : | |
| v | : | Status Hearing: |
| | : | |
| **STEPHEN RICHARDSON** | : | |
| | : | |
| **Defendant.** | : | |

- ORDER -

Upon consideration of the Government's Motion to Continue, for the reasons set out therein, it is this _____ day of July, 2008,

**ORDERED** that this case be continued for plea proceedings until _____, 2008 at _____ a.m./p.m.

_____
RICHARD J. LEON
United States District Judge

cc:   Sherri L. Schornstein
      Assistant U.S. Attorney
      555 - 4th Street, N.W.
      Washington, D.C. 20530

      Danielle C. Jahn
      Assistant Federal Public Defender
      Federal Public Defender Service
      625 Indiana Ave., NW
      Washington, D.C. 20004